**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CR No.: 2:08-cr-688-RMG-1 |
| v. | |
| ARTHUR JERMAIN SIMMONS | **ORDER TERMINATING DEFENDANT'S PARTICIPATION IN THE BRIDGE PROGRAM** |

      On October 3, 2024, defendant was accepted as a participant in the BRIDGE Program under which program the defendant's compliance with the terms of supervision is overseen by the BRIDGE Program Team. Defendant successfully completed all phases of the program and graduated on October 9, 2025. The BRIDGE Program Team, including the undersigned United States District Judge, has determined that defendant's participation in the BRIDGE Program should be ended.

      IT IS ORDERED that upon successful completion of all phases of the BRIDGE Program, defendant's participation in the Program is hereby ended.

BRUCE HOWE HENDRICKS
UNITED STATES DISTRICT JUDGE

October 9, 2024
Charleston, South Carolina